UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES HEALY,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>MILLIMAN, INC.,<br><br>Defendant - Appellee. | No. 24-3327<br><br>D.C. No.<br>2:20-cv-01473-JCC<br><br>Western District of Washington, Seattle<br><br>MANDATE |

The judgment of this Court, entered January 09, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $165.60.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT